IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br>) Case No.<br>Plaintiff ) 1:20-cv-00104<br>)<br>v. )<br>)<br>Joseph R. Biden Jr., in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500 )<br>)<br>Gina M. Raimondo, Secretary )<br>Commerce U.S. Department )<br>of Commerce )<br>1401 Constitution Ave NW )<br>Washington, DC 20230 )<br>)<br>Defendants ) | |

### Notice of re-scanning of Complaint by the court

Plaintiff submits this notice to Defendants and all related parties using PACER.

On the filing of the Complaint on May 20, 2022 a double-sided printed copy was provided to the Clerk of the Court and appeared as docket item number one. Plaintiff mailed same to Defendants and related parties (see docket item 4, May 27, 2022).

1

Plaintiff subsequently noticed by downloading the complaint from PACER that only the odd pages had been scanned and immediately contacted the court on May 31, 2022 who instructed Plaintiff to contact DCD_Intake@dcd.uscourts.gov to whom was provided an electronic copy of the Complaint on June 1, 2022 complete with the Clerk's stamp.  Plaintiff does not know exactly when the error was corrected but avers that he downloaded a copy with all pages present on June 9, 2022.

Plaintiff notes that there was no new docket entry for the re-scanned Complaint, i.e. docket entry 1 was updated without notification to the parties.  This notice is to ensure Defendants and related parties, including the U.S. Attorney General and U.S. Attorney for the District of Columbia, know that they should not rely on copies of the Complaint that they may have downloaded from PACER before the Clerk corrected the court's intake error.

June 26, 2022
Respectfully submitted,

/John H. Page/
John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com